■ In the Matter of 24A LOUNGE INC., Petitioner, v NEW YORK STATE LIQUOR AUTHORITY, Respondent.—Proceeding pursuant to CPLR article 78 to review a determination of the respondent State Liquor Authority, dated March 25, 1977, which, after a hearing, suspended petitioner's special on-premises liquor license for 15 days. Determination confirmed and proceeding dismissed on the merits, with costs. There is substantial evidence in the record as a whole to support the determination and, under the circumstances, the penalty imposed is not shocking to one's sense of fairness. Shapiro, J. P., Cohalan, Margett and O'Connor, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN M. CAGGIANO, Appellant.—Judgment of the County Court, Nassau County, rendered September 19, 1977, affirmed. No opinion. This case is remitted to the County Court, Nassau County, for further proceedings pursuant to CPL 460.50 (subd 5). Latham, J. P., Damiani, Suozzi and Gulotta, JJ., concur.